IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:21-CV-00992 |
| DICKERSON SQUARE, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, DICKERSON SQUARE, LLC.

Plaintiff and Defendant, DICKERSON SQUARE, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 20th day March, 2022.

                    Law Offices of
                    THE SCHAPIRO LAW GROUP, P.L.

                    /s/ Douglas S. Schapiro
                    Douglas S. Schapiro, Esq.
                    State Bar No. 54538FL
                    The Schapiro Law Group, P.L
                    7301-A W. Palmetto Park Rd., #100A
                    Boca Raton, FL 33433
                    Tel: (561) 807-7388
                    Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 20th day of March, 2022.

                    /s/ Douglas S. Schapiro
                    Douglas S. Schapiro, Esq.
                    State Bar No. 54538FL